IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

In the Matter of Criminal Case No. 06-cr-00244-EWN

## ORDER TO SEAL

The Court has for consideration the Government's Motion to Seal Document Nos. 131 and 132, wherein the Government asks this Court to seal Document Nos.131 and 132, and any Order resulting from Document Nos. 131 and 132.  Upon consideration,

IT IS ORDERED that Document Nos. 131 and 132, as well as any Order issued by this Court with regard to Document Nos. 131 and 132, are hereby sealed until further order of this Court.

IT IS SO ORDERED on this 18th day of October, 2006.

                s/ Edward W. Nottingham
                JUDGE EDWARD W. NOTTINGHAM
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO